# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134996

JAMES JACQUES,
          Petitioner-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134996
COA: 268016
Oceana CC: 05-005068-AA

On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

s1217